```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                  CASE NO. 05 B 07730
    GERARD W GIESE
    KAREN R GIESE                       CHAPTER 13

                                        JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-3008    SSN XXX-XX-6196

----------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 03/04/05 and confirmed on 05/11/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  58694.02 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME EQUITY | SECURED | .00 | .00 | .00 |
| MAZDA AMERICAN CREDIT | SECURED | 3972.65 | 89.29 | 3972.65 |
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8139.41 | .00 | 4395.28 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3377.19 | .00 | 1823.68 |
| ECAST SETTLEMENT CORP | UNSECURED | 633.47 | .00 | 342.07 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| SMC | UNSECURED | 848.58 | .00 | 458.23 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5308.06 | .00 | 2866.35 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 10637.76 | .00 | 5744.39 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3978.18 | .00 | 2148.22 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 10577.96 | .00 | 5712.10 |
| DISCOVER BANK | UNSECURED | 2636.45 | .00 | 1423.68 |
| RETAILERS NATL BANK | UNSECURED | NOT FILED | .00 | .00 |
| MBNA AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 6400.83 | .00 | 3456.45 |
| SPIEGEL | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| ROUNDUP FUNDING LLC | UNSECURED | 124.46 | .00 | 67.21 |
| VON MAUR | UNSECURED | 731.91 | .00 | 395.23 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 782.61 | .00 | 422.61 |
| JP MORGAN CHASE BANK NA | MORTGAGE ARRE | 125.00 | .00 | 125.00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1727.94 | .00 | 933.09 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 8264.94 | .00 | 4463.07 |

Summary of disbursements:

```
                       SECURED     PRIORITY    UNSECURED        OTHER         TOTAL
---------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     4097.65         .00     64169.75           .00      68267.40
PRINCIPAL PAID         4097.65         .00     34651.66           .00      38749.31
INTEREST PAID            89.29         .00          .00           .00         89.29
TOTAL PAID             4186.94         .00     34651.66           .00      38838.60
```

The Debtor's attorney, STUART B HANDELMAN            , was allowed $   2881.50
and was paid $   2200.00  direct and $    681.50  through the plan.

The Trustee received $   1434.02 .

Refunds to the Debtor totaled $  17739.90 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 11/15/07                    /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE


                            PAGE   2
          CASE NO. 05 B 07730 GERARD W GIESE & KAREN R GIESE